AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LAWRENCE RIVERS, III,

                    Plaintiff,                          JUDGMENT IN A CIVIL CASE

                    v.                          CASE NUMBER:    4:26-cv-74

THE CITY OF BLOOMINGDALE; and
ASHTON TATUM,

                    Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 25, 2025 granting Plaintiff's motion to remand, this

case is remanded to the Superior Court of Chatham County. This case stands closed.

6/25/2025                                      John E. Triplett, Clerk of Court
*Date*                                         *Clerk*

                                               *(By) Deputy Clerk*

GAS Rev 10/2020